Case 1:14-mc-01254-RMC   Document 1   Filed 11/05/14   Page 1 of 3

AO 451 (Rev 12/12) Clerk's Certification of a Judgment to be Registered in Another District

**FILED**
**NOV - 5 2014**
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIL' JOE RECORDS, INC., a Florida corporation  ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-CV-20905 Huck-O'Sullivan |
| DAVID HOBBS, et al. ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___08/08/2014___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___11/04/2014___

**STEVEN M. LARIMORE**
*CLERK OF COURT*

_____
Signature of Clerk or Deputy Clerk

Case: 1:14-mc-01254
Assigned To : Unassigned
Assign. Date : 11/5/2014
Description: miscellaneous



```
District Court: District of Columbia
...
Receipt Number: 4611011033
Cashier ID: ...
Transaction Date: 11/01/2014
Payer Name: MCLEOD MATHEW MI  SR

MISCELLANEOUS PAYMENT
 For: MCLEOD MAT MASON MI SR
 Amount:      $46.00

Paper Check Conversion
 Check/Money Order Num: 13920
 Amt Tendered: $46.00

Total Due:      $46.00
Total Tendered: $46.00
Change Amt:      $0.00
```

14-1254

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-CV-20905-HUCK-O'SULLIVAN

LIL' JOE RECORDS, INC., a Florida corporation,

   Plaintiff,

vs.

DAVID HOBBS a/k/a "Mr. Mixx" and
"DJ Mr. Mixx," ROGER MIZELL,
DETRON BENDROSS, and
EMMANUEL BENDROSS,

   Defendants.
_____/

## FINAL JUDGMENT AWARDING DAMAGES

**THIS MATTER** came before the Court upon Plaintiff's Motion for Order to Show Cause Why Defendant Hobbs Should Not be Held in Contempt of Court for Violating the Final Judgment and Permanent Injunction entered by this Court on November 3, 2010 (Motion, D.E. #90; Judgment, D.E. #87) and Motion to Enforce Settlement Agreement (D.E. #125). Upon review of the record and for the reasons set forth in the Order Adopting Magistrate's Report and Recommendation (D.E. #191), it is hereby

**ORDERED AND ADJUDGED** that Plaintiff, Lil' Joe Records, Inc., shall recover from Defendant, David Hobbs a/k/a "Mr. Mixx" and "DJ Mr. Mixx" the sum of $50,000 in past royalty damages, $88,459 in attorneys' fees, and $5,939 in costs, for a total of $144,398, that shall bear interest at the prevailing federal legal rate of interest, for which let execution issue forthwith.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of August, 2014.

Paul C. Huck
United States District Judge

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
     Deputy Clerk
Date 11/4/14