Exhibit "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.:

LIL' JOE RECORDS, INC., a Florida
corporation,

       Plaintiff,

v.

DAVID HOBBS a/k/a "Mr. Mixx" and
"DJ Mr. Mixx," ROGER MIZELL,
DETRON BENDROSS, and
EMMANUEL BENDROSS,

       Defendants.

And

SOUNDEXCHANGE, INC.,

       Garnishee
_____/

Case: 1:14-mc-01254
Assigned To : Unassigned
Assign. Date : 11/5/2014
Description: miscellaneous

**CONTINUING WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN ON WAGES, SALARY AND COMMISSIONS**

    TO:    SOUNDEXCHANGE, INC.,
            733 10th Street NW, 10th Floor, Washington, D.C. 20001

    GARNISHEE: You are hereby notified that any money, property or credits of Defendant, DAVID HOBBS, a/k/a "MR. MIXX" and "DJ MR. MIXX" (hereinafter referred to as "Hobbs") (other than wages, salary and commissions owed by you as an employer), are seized by this Continuing Writ of Attachment, and you are required to hold it and not to pay or surrender it to the Defendant Hobbs or to anyone else without an order from this Court.

    The Judgment against Defendant Hobbs (entitled Final Judgment Awarding Damages) was entered in the United States District Court for the Southern District of Florida on August 11,

2014 and registered pursuant to 28 U.S.C. § 1963 in the United States District Court for the District of Columbia on November 5, 2014, in favor of Plaintiff, LIL' JOE RECORDS, INC., in the amount of $50,000 in past royalty damages, $88,459 in attorneys' fees, and $5,939 in costs, for a total of $144,398, together with interest, in accordance with 28 U.S.C. § 1961, after August 11, 2014, at the rate of .12 percent per annum compounded annually, and with no credits having been received on the Judgment.

Within ten (10) days after this writ is served upon you, you are required to answer the attached interrogatories, UNDER THE PENALTY OF PERJURY, and to file to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the Plaintiff and Defendant. If you fail to do so, judgment may be entered against you for the <u>entire amount of the Plaintiff's claims with interest and costs.</u>

WITNESS THE HONORABLE CHIEF JUDGE OF SAID COURT, this **5th** day of November, 2014.

**ANGELA D. CAESAR**
Angela D. Caesar
Clerk of Court
United States District Court
333 Constitution Avenue N.W.
Washington, D.C. 20001

By: _____
Deputy Clerk

Edward Welch
*Attorney for Plaintiff*
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
(561) 832-3300
ewelch@broadandcassel.com

Avery S. Dial
*Attorney for Defendant*
Fowler, White, Burnett, P.A.
One Financial Plaza, Suite 2100
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
(954) 377-8100
adial@fowler-white.com

## INTERROGATORIES IN ATTACHMENT

## NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment within ten (10) days after service of the writ upon you pursuant to Title 16, Section 521(a), D.C. Code. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of Plaintiff's claim and costs pursuant to Title 16, Section 526(b), D.C. Code.

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code, the garnishee's obligations under the attachment shall be limited by the answers.

(1)   Were you at the time of service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory, indebted to the Defendant, David Hobbs, and, if so, how, and in what amount?

ANSWER:

(2)     Had you at the time of service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels or credits of the defendant(s) in your possession or charge, and, if so, what?

ANSWER:

## VERIFICATION

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

DATE: _____

                                                    Name:
                                                   Position:
                                                   Garnishee, SoundExchange, Inc.

Exhibit "B"

## **INTERROGATORIES IN ATTACHMENT**

### **NOTICE**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment within ten (10) days after service of the writ upon you pursuant to Title 16, Section 521(a), D.C. Code. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of Plaintiff's claim and costs pursuant to Title 16, Section 526(b), D.C. Code.

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code, the garnishee's obligations under the attachment shall be limited by the answers.

(1)   Were you at the time of service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory, indebted to the Defendant, David Hobbs, and, if so, how, and in what amount?

ANSWER:   See attached response.

(2)     Had you at the time of service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels or credits of the defendant(s) in your possession or charge, and, if so, what?

ANSWER: See attached response.

## VERIFICATION

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

DATE: 12/10/14

Name: Brieanne Elpert
Position: Senior Counsel, Licensing + Enforcement
Garnishee, SoundExchange, Inc.

2

## RESPONSE OF SOUNDEXCHANGE, INC. TO
## INTERROGATORIES IN ATTACHMENT NOTICE

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answer to this interrogatory indebted to the defendant(s), and, if so, how and in what amount?

   **Answer:** No.

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in your possession or charge, and, if so, what?

   **Answer:** SoundExchange, Inc. is the non-profit collective designated by the Copyright Royalty Board of the Library of Congress to collect and distribute royalties for the public performance of sound recordings via digital audio transmissions pursuant to the statutory licenses in Sections 112 and 114 of the Copyright Act. In its role as the designated collective, SoundExchange receives royalties from Internet radio services, satellite digital audio radio services, and services making digital audio transmissions via cable and satellite television providers and holds such royalties until distribution to featured artists and sound recording copyright owners.

   As of November 26, 2014, SoundExchange held $844.98 in royalties arising from the public performance of sound recordings for which the defendant David Hobbs is the payee. The defendant's payments are made on a calendar-quarterly basis. Although the account is currently on hold pursuant to the writ of attachment, in the normal course, a check would have been issued already this December for the fourth calendar quarter of 2014, and subsequently for each calendar quarter beginning again in March 2015, typically within the first half of the month. The account balance for any payee is always in flux as new royalties flow in to SoundExchange from statutory licensees and as SoundExchange distributes royalties.